Submitted December 11, 1970. *R. Barclay Surrick*, Assistant Public Defender, for appellant; *Vram Nedurian, Jr.* and *Ralph B. D'Iorio*, Assistant District Attorneys, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Goodman, Appellant.

Submitted November 9, 1970. *Lee A. Montgomery,* and *Galbreath, Braham, Gregg, Kirkpatrick, Jaffe & Montgomery,* for appellant; *John H. Brydon,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Goodman, Appellant.

Argued December 9, 1970. *John Harris,* Assistant Defender, with him *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, with him *Norris Gelman,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.